**Larry Shelton JAMES, Plaintiff—Appellant,**

**v.**

**DURHAM CENTER, Mental Health Department; Civil Advocate, City of Durham Human Relations Commission, Defendants—Appellees.**

No. 08–6288.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 19, 2008.

Larry Shelton James, Appellant Pro Se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Shelton James appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See James v. Durham Center,* No. 5:07–ct–03144–D (E.D.N.C. Jan. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*